**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**


HOWARD LEE LEACH
ADC #111353                                                                                      PLAINTIFF


V.                                      1:11CV00023 JMM/JTR


LEROY BROWNLEE,
Chairman, Arkansas Parole Board, et al.                                      DEFENDANTS




**JUDGMENT**


        Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to

the three strikes rule set forth in 28 U.S.C. § 1915(g).   Further, the Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order of Dismissal would not be taken in good faith.

        Dated this   28   day of March, 2011.



                                                                _____
                                                                UNITED STATES DISTRICT JUDGE